**DISMISS and Opinion Filed November 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01376-CV**

### IN THE INTEREST OF G.M.T., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-08614**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Myers
Opinion by Justice FitzGerald

Before the Court is appellant's motion to dismiss the appeal. Appellant no longer desires

to pursue this appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1).


131376F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF G.M.T., A CHILD

No. 05-13-01376-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DF-12-08614.
Opinion delivered by Justice FitzGerald.
Justices Francis and Myers, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Dallas County Child Protective Services Unit of the Texas Department of Family Protective Services, recover its costs of this appeal from appellant, Pamela Louise Fussell.

Judgment entered November 8, 2013.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE